DATE 7-23-15

ATTN: Abel Acosta Clerk

TO: COURT of CRIMINAL APPEAL'S of TEXAS       83,507-01

P.O. Box 12308 CAPITOL STATION TX. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 04 2015
AbelAcosta.Clerk

FROM: Ronnie McKee #1841949

Jester 3 UNit
3 Jester Rd.
Richmond TX. 77406

I'M WRITING this letter of ReQuest to Ask for A Copy of the Writ of MANDAMUS Cause# 1366229-A WR-83,507-01 It WAS Filed on 6-24-2015 IM INdigent ANd that WAS the ONly Copy that I had. I'd be gReatful forACopy that Show's Filed+STAMPED for MY ReCord's PLEASE THANK YOU VERY Much

Also MY Address has Changed from MCCONNELL UNit 3001 S,EMILY Beeville, TX 78102.

NEW Address   Jester 3 UNit   3 Jester Rd. Richmond, TX 77406

Thank You for Your Assistance

Ronnie D. McKee